# Exhibit 1





952 B

952 A

952 C

PRECIOUS MEMORIES

GLENNA D.
1905 —

Next

MARRIED
JUNE 6.1926

ROBERT E.
1903 — 1978

EDISON

Dmar 952

## EDISON D952

Die . . . . . . . . . . . . .3-6 x 0-6 x 1-8
Base . . . . . . . . . . . .4-6 x 1-0 x 0-6

Die . . . . . . . . . . . . .4-0 x 0-8 x 1-10
Base . . . . . . . . . . . .5-0 x 1-2 x 0-8

Die . . . . . . . . . . . . .4-6 x 0-8 x 2-0
Base . . . . . . . . . . . .5-8 x 1-2 x 0-8

Plates: 5000, 5021, 5032, 5033, 5005, 5029, 5003, 5006, 5006. Alphabet