# Exhibit 3

Page 1 - (below) History of invoices/business with A. Matalucci & Son Memorial
Pages 2 - 4 Invoice details.  Note: Subscription to older/legacy edition of Online Catalog & Designer.
Page 5 - Account creation and last login.
Page 6 - Account setup, credit card, etc. (2017)
Page 7 - List of invoices paid via Stripe.com for new Online Catalog & Monument Designer.
Page 8 - Three cancellations and three reactivations.
Page 9 - 2019 one technical issue and resolution.
Page 10 - March 9, 2020, Matalluci forgot to cancel, granted Matalucci a refund as requested.

























**Zeth - Etching Design**

**Design Mart** <d-mart@designmart.com>   Wed, Jun 19, 2019, 3:24 PM
to Zeth

Hi, Zeth. Thanks for calling about the issue you were experiencing with the Designer. We've put in a ticket about it and should have it resolved soon. In the meantime, I'm sending you the file you needed. It will come via WeTransfer. Please let us know if you have any questions or if there is anything else we can help you with. Thanks again!

McKenzi Seymour



132 College Avenue
Elberton, GA 30635
d-mart@designmart.com
www.designmart.com
800-736-7455

**Design Mart** <d-mart@designmart.com>   Tue, Jul 2, 2019, 10:10 AM
to Zeth

Hi, Zeth. I just wanted to let you know that the issue you were having with your etching designs has been resolved. Please let us know if you have any questions about this or if there is anything we can help you with in the future. Thanks!

McKenzi Seymour





