# Exhibit 4

















































