# Exhibit 5

# CERTIFICATE OF COPYRIGHT REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA      354 921

EFFECTIVE DATE OF REGISTRATION

April   04   88
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

CHILD ART

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Engraved granite illustration in leaflet form

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**2**

*019673553*

**a** **NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Artistic illustration of engraved granite products displayed in leaflet form

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
◀ Year   1986

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ appx. 1   Day ▶ 2   Year ▶ 86.
USA   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Joe Fernandez d/b/a
Design Mart
P. O. Box 56
Elberton, GA 30635

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 03 1989
ONE DEPOSIT RECEIVED
4 ap 88
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | lllcd | FORM VA |
| CHECKED BY | | |

VA __ 354 921

☒ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIC OFFIC USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material   identify any preexisting work or works that this work is based on or incorporates. ▼

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

John B. Hardaway, III, Esq.
Bailey & Hardaway
125 Broadus Ave.
Greenville, SC 29601

Area Code & Telephone Number ▶ (803) 233-1338

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Joe Fernandez d/b/a Design Mart
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

John B. Hardaway, III                                date ▶ 6/27/89

Handwritten signature (X) ▼

**8**

**9**

MAIL CERTIFICATE TO

Name ▼  John B. Hardaway, III, Esq.
Bailey & Hardaway

Number/Street/Apartment Number ▼

125 Broadus Ave.

City/State/ZIP ▼

Greenville, SC 29601

Certificate will be mailed in window envelope

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA **435 317**

VA            VAU

EFFECTIVE DATE OF REGISTRATION

OCT 3 0 1990

Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS WORK ▼**

"A CLOSER WALK" D947–D996

**NATURE OF THIS WORK ▼** See instructions

Artwork

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**

a  Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

~~Artwork~~  Illustrations of stones in book *

b  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1990 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.

Month ▶ Approx 10  Day ▶ 26  Year ▶ 90 **

USA ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT 3 0 1990
ONE DEPOSIT RECEIVED
OCT 3 0 1990
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of **2** pages.

0386558

VA 435 317

| EXAMINED BY _URB_ | FORM VA |
| CHECKED BY | |

* Amended by C.O. on authority of Joe Fernandez,
  telephone call 3/11/91.

* Year date in notice: 1988.

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

  N/A

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

  N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
  Joe Fernandez d/b/a
  Design Mart
  P.O. Box 56
  Elberton, GA 30635
                          Area Code & Telephone Number ▶   (404) 283-6503

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this is a published work, this date must be the same as or later than the date of publication given in space 3.
  Joe Fernandez                                    date ▶ _10-26-90_

☐ Handwritten signature (X) ▼   _Joe Fernandez DBA Design Mart_

| **MAIL CERTIFI-CATE TO** | **Name ▼** Joe Fernandez d/b/a Design Mart |
| | Number/Street/Apartment Number ▼ P.O. Box 56 |
| **Certificate will be mailed in window envelope** | City/State/ZIP ▼ Elberton, GA 30635 |

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to *Register of Copyrights*?
● Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA    354 922**

VA                VAU

EFFECTIVE DATE OF REGISTRATION

April    04    88

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

CREMATION

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Engraved granite illustrations in booklet and leaflet form

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

NAME OF AUTHOR ▼

Joe Fernandez d/b/a Design Mart

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____ USA _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼

Artistic illustration of engraved granite products displayed in booklet and leaflet form

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1985 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ appx. 1   Day ▶ 2   Year ▶ 85
USA                                   ◀ Nation

**4**

COPYRIGHT CLAIMANT(S)   Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a
Design Mart
P. O. Box 56
Elberton, GA 30635

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
NOV 17 1988

ONE DEPOSIT RECEIVED
4 apr 88

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | *lud* | FORM VA |
|---|---|---|
| CHECKED BY | | |

☒ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

VA    354 922

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

John B. Hardaway, III, Esq.
Bailey & Hardaway
125 Broadus Ave.
Greenville, SC 29601

Area Code & Telephone Number ▶  (803) 233-1338

**7**

Be sure to give your daytime phone ◀ number.

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Joe Fernandez d/b/a Design Mart
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Cremation          date ▶ 11/14/88

Handwritten signature (X) ▼

**8**

| MAIL CERTIFI-CATE TO | Name ▼ John B. Hardaway, III, Esq. Bailey & Hardaway |
|---|---|
| | Number/Street/Apartment Number ▼ 125 Broadus Ave. |
| Certificate will be mailed in window envelope | City/State/ZIP ▼ Greenville, SC 29601 |

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-817-025

**Effective date of registration:**

January 4, 2012

## Title

**Title of Work:** D-Mart Disks III-Classic Components

## Completion/Publication

**Year of Completion:** 1996

**Date of 1st Publication:** February 14, 1996       **Nation of 1st Publication:** United States

## Author

■    **Author:** Design Mart

**Author Created:** 2-D artwork, technical drawing

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Design Mart

P. O. Box 56, Elberton, GA

## Rights and Permissions

**Name:** Michael Fernandez

**Email:** d-mart@designmart.com       **Telephone:** 706-283-6503

**Address:** P. O. Box 56

Elberton, GA

## Certification

**Name:** Michael Fernandez

**Date:** December 14, 2011

# CERTIFICATE OF REGISTRATION



**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 669 066

VA          VAU

EFFECTIVE DATE OF REGISTRATION

JUN 30 1994
Month          Day          Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL ~~DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.~~

## 1

**TITLE OF THIS WORK ▼**

DESIGN MART DISKS, Volume I

**NATURE OF THIS WORK ▼** See instructions

Memorial drafting artwork
(Digital & Paper Media)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for ire" is generally the employer,

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Memorial Drafting Artwork in Digital and Paper Media

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼



## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994  ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 2   Year ▶ 1994          ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space.

APPLICATION RECEIVED
JUN 30 1994
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 30 1994
REMITTANCE NUMBER AND DATE

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE

DEC 21 1994

Page 1 of 2 pages

059622989

669 066

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                              **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Joe Fernandez d/b/a
Design Mart
P.O. Box 56
Elberton, GA 30635
                      Area Code & Telephone Number ▶ (706)283-6503

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
               Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Joe Fernandez d/b/a Design Mart                          date ▶ June 24, 1994

                Handwritten signature (X) ▼

                *Joe Fernandez DBA Design Mart*

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Joe Fernandez d/b/a Design Mart

Number/Street/Apartment Number ▼
P.O. Box 56

City/State/ZIP ▼
Elberton, GA 30635

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?

**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**Certificate
will be
mailed in
window
envelope**

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

VA    354 926

VAU

EFFECTIVE DATE OF REGISTRATION

April   04   88
Month   Day   Year

*REGISTER OF COPYRIGHTS*
*United States of America*

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

## 1

**TITLE OF THIS WORK ▼**

TRIBUTES OF LOVE

**NATURE OF THIS WORK ▼** See instructions

Engraved granite illustrations in leaflet and booklet form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

## 2

**NAME OF AUTHOR ▼**

a Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶   USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

New cover illustration

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1984 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ APRX. 1 Day ▶ 2 Year ▶ 84

USA ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a
Design Mart
P. O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

0189367341

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of _____

| EXAMINED BY ___*nud*___ | FORM VA |
|---|---|

CHECKED BY

☒ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIG'
OFFICE
USE
ONLY

VA  ·· 354 926

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identity any preexisting work or works that this work is based on or incorporates. ▼

Pre-existing card form

**6**

See instructions
before completing
this space.

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New cover illustration

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                                          **Account Number ▼** —

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

John B. Hardaway, III, Esq.
Bailey & Hardaway
125 Broadus Avenue
Greenville, SC 29601     Area Code & Telephone Number ▶ (803) 233-1338

Be sure to
give your
daytime phone
◀ number.

**8**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Joe Fernandez d/b/a Design Mart___
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼**  If this is a published work, this date must be the same as or later than the date of publication given in space 3.

John B. Hardaway, III                              date ▶ 6/27/89

Handwritten signature (X) ▶ _[signature]_

**9**

MAIL
CERTIFI-
CATE TO

Name ▼
John B. Hardaway, III, Esq.
Bailey & Hardaway
Number/Street/Apartment Number ▼
125 Broadus Ave.
City/State/ZIP ▼
Greenville, SC 29601

**Certificate
will be
mailed in
window
envelope**

**Have you:**
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

VA   354 928

(VA)           VAU

EFFECTIVE DATE OF REGISTRATION

*Nov.   17   1988*

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

FOREVER IN MEMORY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Engraved granite illustration in card form

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Artistic illustration of engraved granite products in card form

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ appx. 1     Day ▶ 2     Year ▶ 86
USA     ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a
Design Mart
P. O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
Nov. 17 1988
ONE DEPOSIT RECEIVED
4 am 88
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

VA 0 693946

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page

**DO NOT WRITE HERE**

| EXAMINED BY | *lwd* | FORM VA |
|---|---|---|
| CHECKED BY | | |

VA    354 928

☒ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGH OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/Zip ▼
John B. Hardaway, III, Esq.
Bailey & Hardaway
125 Broadus Ave.
Greenville, SC 29601
Area Code & Telephone Number ▶    (803) 233-1338

Be sure to give your daytime phone ◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Joe Fernandez d/b/a Design Mart
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Forever In Memory     date ▶ 11/14/88

Handwritten signature (X) ▼ *[signature]*

| MAIL CERTIFI-CATE TO | Name ▼ John B. Hardaway, III, Esq. Bailey & Hardaway |
|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 125 Broadus Ave. |
| | City/State/ZIP ▼ Greenville, SC 29601 |

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA   354 929**

VA            VAU

EFFECTIVE DATE OF REGISTRATION

April   04   88
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

FOREVER IN MEMORY

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Engraved granite illustration in leaflet and booklet form

**PUBLICATION AS A CONTRIBUTION**  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ USA
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed.
New cover artwork

**NOTE**

Under the law, the "author" of a "work made for hire" is generally not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**  This information must be given in all cases.
**1987** ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ appx. 1   Day ▶ 2   Year ▶ 87
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a
Design Mart
P. O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
JUL 03 1989
ONE DEPOSIT RECEIVED
4 apr 88
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE*
*OFFICE USE ONLY*

01 0 9367/0

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | md | FORM VA |
|---|---|---|
| CHECKED BY | | |

VA  354 929

☒ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

New cover artwork

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼            **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

John B. Hardaway, III, Esq.
Bailey & Hardaway
125 Broadus Ave.
Greenville, SC 29601

Area Code & Telephone Number ▶  (803) 233-1338

Be sure to give your daytime phone number.

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Joe Fernandez d/b/a Design Mart
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

John B. Hardaway, III            **date** ▶  6/27/89

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Name ▼  John B. Hardaway, III, Esq.
Bailey & Hardaway

Number/Street/Apartment Number ▼
125 Broadus Ave.

City/State/ZIP ▼
Greenville, SC 29601

**Certificate will be mailed in window envelope**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION



**FORM VA**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**VA   470 768**

| VA | | VAU |
|----|----|-----|

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

EFFECTIVE DATE OF REGISTRATION

MAY    01  ,   1991
Month        Day          Year

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGNS NOS. D1157-D1171

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally ▶

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Approx 4   Day ▶ 19   Year ▶ 91
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

APPLICATION RECEIVED
MAY 01 1991

ONE DEPOSIT RECEIVED
MAY 01 1991    2c,

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

FORM VA

EXAMINED BY _____ _JH_K_1_

CHECKED BY _____

VA   470 768

☐ CORRESPONDENCE
   Yes

COF          HT
   O
   (
   C

☐ DEPOSIT ACCOUNT
   FUNDS USED

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A.

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

   N/A

**6**
See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a
   Design Mart
   P.O.Box 56
   Elberton, GA 30635

Be sure to
give your
daytime phone
◄ number.

Area Code & Telephone Number ►   (404) 283-6503

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

   Joe Fernandez                                    date ► 4-22-91

Handwritten signature (X) ▼   _Joe Fernandez  d/b/a Design Mart_

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
   Joe Fernandez d/b/a Design Mart

**Number/Street/Apartment Number** ▼
   P. O. Box 56

**City/State/ZIP** ▼
   Elberton, GA 30635

**Certificate
will be
mailed in
window
envelope**

**9**

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
● Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
DC 20559

* 17 U.S.C. § 506(e); Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*signature*

REGISTER OF COPYRIGHTS

REGISTRATION NUMBER

VA 455 523

| VA | VAU |
|---|---|

EFFECTIVE DATE OF REGISTRATION

1 1 MAR 1991

| Month | Day | Year |
|---|---|---|

OFFICIAL SEAL DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D1157-D1172

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form.

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form

**NOTE**
Under the law, the author of a

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ approx 2 Day ▶ 25 Year ▶ 91
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space.

APPLICATION RECEIVED
MAR 11 1991
ONE DEPOSIT RECEIVED
MAR 11 1991
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

03707593G

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

VA **455 523**

EXAMINED BY _JLA_

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

   N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a
   Design Mart
   P.O. Box 56
   Elberton, GA 30635
                    Area Code & Telephone Number ▶  (404) 283-6503

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
   Joe Fernandez                                                   date ▶  March 6, 1991

☞ **Handwritten signature (X)** ▼
   _Joe Fernandez DBA Design Mart_

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
   Joe Fernandez b/b/a Design Mart
Number/Street/Apartment Number ▼
   P.O. Box 56 - 132 College Avenue
City/State/ZIP ▼
   Elberton, GA 30635

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS ·

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM VA
UNITED STATES COPYRIGHT OFFICE

**VA 650-406**

**EFFECTIVE DATE OF REGISTRATION**

July 5 1994
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**      **NATURE OF THIS WORK ▼** See Instructions

DESIGN MART MONUMENTAL DESIGN NOS. D1218-D1231   Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**a** NAME OF AUTHOR ▼   Joe Fernandez d/b/a Design Mart     **DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No    **AUTHOR'S NATIONALITY OR DOMICILE** Name of Country   OR { Citizen of ▶ USA   Domiciled in ▶ USA    **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☒ No   Pseudonymous? ☐ Yes ☒ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Art work illustrated in card form

NAME OF AUTHOR ▼     **DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No    **AUTHOR'S NATIONALITY OR DOMICILE** Name of country   OR { Citizen of ▶   Domiciled in ▶    **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼     **DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No    **AUTHOR'S NATIONALITY OR DOMICILE** Name of Country   OR { Citizen of ▶   Domiciled in ▶    **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

06467817 3 94678179

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1994 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ Approx. 5   Day ▶ 1   Year ▶ 1994   USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED** JUL 05 1994
**ONE DEPOSIT RECEIVED** JUL 05 1994   2c
**TWO DEPOSITS RECEIVED**
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page     **DO NOT WRITE HERE**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   Some artwork previously published

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Additional artwork

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a Design Mart
   P.O. Box 56
   Elberton, GA 30635

                Area Code & Telephone Number ▶   706-283-6503

**8**

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
   Joe Fernandez                                               date ▶  Oct. 3, 1996

          Handwritten signature (X) ▼   Joe Fernandez DBA Design Mart

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
   Joe Fernandez d/b/a Design Mart
Number/Street Apartment Number ▼
   P.O.Box 56
City/State/ZIP ▼
   Elberton, GA 30635

**Certificate
will be
mailed in
window
envelope**

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?

MAIL TO:  Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS ·

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
UN
RE

**VA 701-330**

| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

*March 16 1995*

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D1232–D1250

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

| If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼ |

## 2

**a** NAME OF AUTHOR ▼

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☒ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed.
Art work illustrated in card form

**b** NAME OF AUTHOR ▼

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ Approx. 1   Day ▶ 3   Year ▶ 1995
ONLY if this work has been published.   USA                          ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA   30635

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
MAR 16, 1995
**ONE DEPOSIT RECEIVED**
MAR 16, 1995
**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give. **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

  Some artwork previously published.

**b.** **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

  Additional artwork and new arrangements of preexisting artwork.

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

  Joe Fernandez d/b/a Design Mart
  P.O. Box 56
  Elberton, CA 30635

Area Code & Telephone Number ▶  (706)283- 503

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

  Joe Fernandez                                    date ▶ March 9, 1995

☞ Handwritten signature (X) ▼

  *Joe Fernandez DBA Design Mart*

**8**

| **MAIL CERTIFICATE TO** | Name ▼ |
| | Joe Fernandez d/b/a Design Mart |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ |
| | P.O. Box 56 |
| | City/State/Zip ▼ |
| | Elberton, CA 30635 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress

**9**

**CERTIFICATE OF REGISTRATION**

SEP  6 1996

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

RE'



VA 780 – 441

EFFECTIVE DATE OF REGISTRATION

*Feb* 23 1996

Month        Day        Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

United States of America

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D1251–D1263

**NATURE OF THIS WORK ▼** See Instructions

Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Art work illustrated in card form

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ Approx. 1   Day ▶ 15   Year ▶ 1996
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 23 1996

ONE DEPOSIT RECEIVED
FEB 23 1996          JUL 17 1996
2c

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
    Yes

☐ DEPOSIT ACCOUNT
    FUNDS USED

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

    Some artwork previously published

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
    ~~Additional artwork and new arrangements of preexisting artwork~~

    Additional artwork  (Revised by request 7-15-96)

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
    Joe Fernandez d/b/a Design Mart
    P.O.Box 56
    Elberton, CA 30635

Area Code & Telephone Number ▶  706-283-6503

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
    Joe Fernandez                                              date ▶ February 21, 1996

        ⌐ Handwritten signature (X) ▼  *Joe Fernandez DBA Design Mart*

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
    Joe Fernandez d/b/a Design Mart
Number/Street/Apartment Number ▼
    P.O.Box 56
City/State/ZIP ▼
    Elberton, CA 30635

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

OFFICIAL SEAL

**VA 814-847**



EFFECTIVE DATE OF REGISTRATION

OCT 7 1996
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼
DESIGN MART MONUMENTAL DESIGN NOS. D1264–D1270 D1273–D1277

NATURE OF THIS WORK ▼ See Instructions
Art work illustrated in card form

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼
Joe Fernandez d/b/a Design Mart

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Art work illustrated in card form

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR {  Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR {  Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1996 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Approx. 9   Day ▶ 15   Year ▶ 96
USA ◀ Nation

---

**4**
See Instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

APPLICATION RECEIVED
OCT 07 1996
ONE DEPOSIT RECEIVED
OCT 07 1996
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

REC'D D MAAR
MAR 10 1997

EXAMINED BY _____   **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

Some artwork previously published.

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Additional artwork and new arrangements of preexisting artwork.

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, CA 30635

Area Code & Telephone Number ▶  (706)283-  503

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joe Fernandez                                              date ▶  March 9, 1995

☞  **Handwritten signature (X)** ▼  *Joe Fernandez DBA Design Mart*

MAIL
CERTIFI-
CATE TO

Name ▼
Joe Fernandez d/b/a Design Mart

Number/Street/Apartment Number ▼
P.O. Box 56

City/State/ZIP ▼
Elberton, CA 30635

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION



VA 850-920

EFFECTIVE DATE OF REGISTRATION

| | | |
|---|---|---|
| 12 | 27 | 98 |
| Month | Day | Year |

**E CONTINUATION SHEET.**

---

**1** **TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D-1278-1289

**NATURE OF THIS WORK ▼** See instructions

Art Work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION**  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NOTE**
Under the law,

**a**  **NAME OF AUTHOR ▼**

Joe Fernandez d/b/a/ Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**b**  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

1997 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ December Day ▶ 15 Year ▶ 97
ONLY if this work has been published.
USA ◀ Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O.Box 56
Elberton, GA 30635

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No *If your answer is "Yes," why is another registration being sought?* (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

*If your answer is "Yes," give:* **Previous Registration Number** ▼            **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some artwork previously published

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional artwork

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Joe Fernandez d/b/a Design Mart
P.O.Box 56
Elberton, GA 30635

Be sure to
give your
daytime phone
◀ number

Area Code & Telephone Number ▶ 706-283-6503

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

f the work identified in this application and that the statements made
y me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Joe Fernandez                                    date ▶ 1-22-98

_____ Handwritten signature (X) ▼

*Joe Fernandez DBA Design Mart*

MAIL
CERTIFI-
CATE TO

**Name** ▼

Joe Fernandez d/b/a Design Mart

Number/Street/Apartment Number ▼

P.O.Box 56

City/State/ZIP ▼

Elberton, GA 30635

Certificate
will
be mailed in
window
envelope

Have you
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
● Enclosed your deposit material
  with the application and fee?

MAIL TO  Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

**CERTIFICATE OF REGISTRATION**   JAN 7 1998



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REG **VA 922-532**



VAU000091,2532=

EFFECTIVE DATE OF REGISTRATION

Jun 2 1998
Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D1290-1305

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

**NAME OF AUTHOR ▼**

a  Joe Fernandez d/b/a Design Mart

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

c

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

a  **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
1998 ◀ Year in all cases.

b  **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ Appr. ex. April Day ▶ 15 Year ▶ 1998
ONLY if this work USA ◀ Nation
has been published.

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUN 02 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 02 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY _____   **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

   Some artwork previously published

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

   Additional artwork

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                              **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a Design Mart
   P.O.Box 56
   Elberton, GA  30635

   Area Code & Telephone Number ▶ 706-283-6503

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Joe Fernandez                                   date ▶ May 29, 1998

         Handwritten signature (X) ▼
         Joe Fernandez DBA Design Mart

**MAIL
CERTIFI-
CATE TO**

Name ▼
   Joe Fernandez d/b/a Design Mart
Number/Street/Apartment Number ▼
   P.O. Box 56
City/State/ZIP ▼
   Elberton, GA 30635

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# ERTIFICATE OF REGISTRATION



# FORM VA
UNITED STATES COPYRIGHT OFFICE

REG **VA 1-071-840**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



EFFECTIVE DATE OF REGISTRATION

9-15-00

Month | Day | Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D1318-1340

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ | Number ▼ | Issue Date ▼ | On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a. Michael Fernandez d/b/a Design Mart LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼ | Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶ USA
Domiciled in ▶ USA
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ | Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR {
Citizen of ▶
Domiciled in ▶
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ | Year Died ▼

c.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR {
Citizen of ▶
Domiciled in ▶
}

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ January Day ▶ 12 Year ▶ 2000
ONLY if this work has been published.
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Michael Fernandez d/b/a/ Design Mart LLC
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

*See attached*
*copyright office*

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE

Page _ of _ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **EVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

**Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**6** **ERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Some artwork previously published

See instructions before completing this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional artwork

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**          **Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Michael Fernandez d/b/a Design Mart LLC
P.O. Box 56
Elberton, GA 30635

Be sure to give your daytime phone ◄ number

Area Code & Telephone Number ▶   706-283-6503

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Fernandez                                            date ▶ September 14, 2000

Handwritten signature (X) ▼

_Michael Fernandez_

**9**

| MAIL CERTIFICATE TO | **Name ▼** Michael Fernandez d/b/a Design Mart LLC | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | **Number/Street/Apartment Number ▼** P.O. Box 56 | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Non-refundable $30 filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| Certificate will be mailed in window envelope | **City/State/ZIP ▼** Elberton, GA 30635 | MAIL TO: Register of Copyrights Library of Congress Washington, D.C. 20559 |

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA  457 608

| VA | VAU |
|----|-----|

EFFECTIVE DATE OF REGISTRATION

4  22  91

| Month | Day | Year |
|-------|-----|------|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** **TITLE OF THIS WORK ▼** *Precious Memories*

DESIGN MART MONUMENTAL DESIGNS NOS. D904–D914 in card form

**NATURE OF THIS WORK ▼** See instructions
Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

**a** **NAME OF AUTHOR ▼**
Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Art work illustrated in card form

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*[barcode: 03648486 * 03488486 *]*

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◄ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month approx. 4  Day 15  Year 91
USA ◄ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
APR 22 1991
ONE DEPOSIT RECEIVED
APR 22 1991 - 2 C
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE

| | |
|---|---|
| EXAMINED BY **75** | **FORM VA** |
| CHECKED BY | |
| ☐ CORRESPONDENCE  Yes | **FOR COPYRIGHT OFFIC** |
| ☐ DEPOSIT ACCOUNT  FUNDS USED | **USE ONLY** |

VA   **457 608**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

    N/A

**b.** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

    N/A

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joe Fernandez d/b/a
Design Mart
P.O. Box 56
Elberton, GA 30635
            Area Code & Telephone Number ▶  (404) 283-6503

Be sure to give your daytime phone ◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Joe Fernandez                                   date ▶ 4-18-91

✍ Handwritten signature (X) ▼  *Joe Fernandez DBA Design Mart*

**8**

| MAIL CERTIFI- CATE TO | Name ▼ |
|---|---|
| | Joe Fernandez d/b/a Design Mart |
| **Certificate will be mailed in window envelope** | Number/Street/Apartment Number ▼ |
| | P.O. Box 56 |
| | City/State/ZIP ▼ |
| | Elberton, GA 30635 |

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to *Register of Copyrights*?
● Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA    463 442

VA          VAU

EFFECTIVE DATE OF REGISTRATION

6        27        91
Month    Day     Year

OFFICIAL SEAL **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼  *Precious Memories*

DESIGN MART MONUMENTAL DESIGN NOS. D915-D925

NATURE OF THIS WORK ▼ See instructions
Art work illustrated in card form

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a**  NAME OF AUTHOR ▼
Joe Fernandez d/b/a Design Mart

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____ USA _____
Domiciled in ▶ _____ USA _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the em...

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Art work illustrated in card form

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼



**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1991  ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Approx 5   Day ▶ 25   Year ▶ 91
USA          ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED     2c
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

| | |
|---|---|
| EXAMINED BY | **FORM VA** |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | |

VA   **463 442**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A

**b. Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   N/A

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                               **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a Design Mart
   P.O. Box 56
   Elberton, CA 30635

Area Code & Telephone Number ▶   (404)  283-6503

Be sure to give your daytime phone number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

   Joe Fernandez                                          date ▶   6-25-91

**8**

Handwritten signature (X) ▼
   Joe Fernandez d/ba Design Mart

**MAIL CERTIFI-CATE TO**

Certificate will be mailed in window envelope

| Name ▼ |
|---|
| Joe Fernandez d/b/a Design Mart |
| Number/Street/Apartment Number ▼ |
| P.O. Box 56 |
| City/State/ZIP ▼ |
| Elberton, GA 30635 |

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
• **MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM VA
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

VA   463 227

VA                          VAU

EFFECTIVE DATE

| Jul | 05 | 1991 |
|---|---|---|
| Month | Day | Year |

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL  **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼  *Precious Memories*

DESIGN MART MONUMENTAL DESIGN NOS. D926-D938

NATURE OF THIS WORK ▼ See instructions
Art work illustrated in card form

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼
Joe Fernandez d/b/a Design Mart

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire is generally

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Art work illustrated in card form

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*0409856*
0409856 7

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1991 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.   Month approx 6  Day 10  Year 1991
USA ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
Joe Fernandez d/b/a Design Mart
P.O.Box 56
Elberton, GA 30635

See instructions before completing this space.

APPLICATION RECEIVED
JUL 05 1991

ONE DEPOSIT RECEIVED
JUL 05 1991

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                • See detailed instructions.          • Sign the form at line 8

DO NOT WRITE HERE
Page ____ of ____ pages

VA    463 227

EXAMINED BY  AH

CHECKED BY

☐ CORRESPONDENCE
   Yes

DEPOSIT ACCOUNT

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                  **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

                                  Area Code & Telephone Number ▶   (404) 283-6503

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Joe Fernandez                                               date ▶  6-28-91

          Handwritten signature (X) ▼

          Joe Fernandez DBa Design Mart

**8**

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

| Name ▼ |
| Joe Fernandez d/b/a Design Mart |
| Number/Street/Apartment Number ▼ |
| P.O. Box 56 |
| City/State/ZIP ▼ |
| Elberton, GA 30635 |

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to *Register of Copyrights*?
● Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America



**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA  463  228

(VA)

EFFECTIVE DATE OF REGISTR...

JUL  05  1991

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼** *Precious Memories*

DESIGN MART MONUMENTAL DESIGN NOS. D939–D946

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼      Number ▼      Issue Date ▼      On Pages ▼

---

**a** **NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form

**NOTE**
Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ approx. 6  Day ▶ 25  Year ▶ 91
USA ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JUL. 05 1991
ONE DEPOSIT RECEIVED
JUL. 05 1991
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |

VA   463 228

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ~~ACCOUNT~~
☐ FU...

FOR
COPYRIGHT
OFFICE
USE
~~ONLY~~

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

  N/A

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

  N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                      Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

  Joe Fernandez d/b/a Design Mart
  P.O. Box 56
  Elberton, GA 30635

        Area Code & Telephone Number ▶  (404) 283-6503

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

  Joe Fernandez                                      date ▶  6-28-91

        Handwritten signature (X) ▼  _Joe Fernandez DBA Design Mart_

**8**

**MAIL
CERTIFI-
CATE TO**

| Name ▼ |
|---|
| Joe Fernandez d/b/a Design Mart |
| Number/Street/Apartment Number ▼ |
| P.O. Box 56 |
| City/State/ZIP ▼ |
| Elberton, GA 30635 |

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  8?
• Enclosed check or money order
  for $10 payable to *Register of
  Copyrights?*
• Enclosed your deposit material
  with the application and fee?
MAIL TO: Register of Copyrights,
Library of Congress, Washington,
DC 20559

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA   415 859

VA                                    VAU

EFFECTIVE DATE OF REGISTRATION

JUL 16 1990

Month          Day          Year

OFFICIAL **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼ *Oasis Art Bud*

NATURE OF THIS WORK ▼ See instructions

DESIGN MART MONUMENTAL DESIGN NOS. D867-D879

Art work illustrated in card form

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2** NAME OF AUTHOR ▼

a  Joe Fernandez d/b/a/ Design Mart

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made for hire is...

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*[barcode: 035207457]*

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given In all cases.
1990 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ approx 7   Day ▶ 1   Year ▶ 90   USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

See instructions before completing this space.

APPLICATION RECEIVED
JUL 16 1990
ONE DEPOSIT RECEIVED
JUL 16 1990   2C.
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages.

VA   **415 859**

| EXAMINED BY | _T⁎__ | **FORM VA** |
| CHECKED BY | | |

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.** **Freexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A

See instructions
before completing
this space.

**b.** **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   N/A

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                 **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a
   Design Mart
   P.O. Box 56
   Elberton, GA 30635   Area Code & Telephone Number ▶   (404) 283-6503

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION⁎**   I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
   Joe Fernandez                                      date ▶  7-11-90

Handwritten signature (X) ▼   _Joe Fernandez DBA Design Mart_

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
   Joe Fernandez d/b/a Design Mart
Number/Street/Apartment Number ▼
   P.O.Box 56  - 132 College Avenue
City/State/ZIP ▼
   Elberton, GA 30635

**Certificate
will be
mailed in
window
envelope**

Have you:
● Completed all necessary
  spaces?
● Signed your application in space
  8?
● Enclosed check or money order
  for $10 payable to *Register of
  Copyrights*?
● Enclosed your deposit material
  with the application and fee?
**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**9**

⁎ 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*(signature)*

REGISTER OF COPYRIGHTS

# FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 432 745**

VA                           VAU

EFFECTIVE DATE OF REGISTRATION

**OCT 25 1990**

Month        Day        Year

---

OFFIC  **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D880-D892

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**     **Number ▼**     **Issue Date ▼**     **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a made for

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1990 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month Approx. 10    Day 23    Year 90
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
OCT 25 1990
ONE DEPOSIT RECEIVED
OCT 25 1990 2C
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
  • See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages.

VA   432 745

| EXAMINED BY | _JKL_ | FORM VA |
| CHECKED BY | | |

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   N/A

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

   N/A

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a  Design Mart
   P.O. Box 56
   Elberton, GA 30635

Area Code & Telephone Number ▶   (404) 283-6503

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

   Joe Fernandez                                          date ▶ 10-23-90

_____ **Handwritten signature (X)** ▼   _Joe Fernandez DBA Design Mart_

**8**

| **MAIL CERTIFI-CATE TO** | Name ▼ |
| | Joe Fernandez d/b/a Design Mart |
| | Number/Street/Apartment Number ▼ |
| | P.O. Box 56 |
| | City/State/ZIP ▼ |
| | Elberton, GA 30635 |

Certificate
will
mailed in
window
envelope

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

OFFICIAL SEAL
United States of America



# FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA   432 746

VA                                VAU

EFFECTIVE DATE OF REGISTRATION

OCT 2 5 1990

Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

DESIGN MART MONUMENTAL DESIGN NOS. D-893-D-903

**NATURE OF THIS WORK ▼** See instructions

Art work illustrated in card form

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NOTE**
Under the law, the "author" of a

**a** **NAME OF AUTHOR ▼**

Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Art work illustrated in card form

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
◀ Year    1990

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ approx 10    Day ▶ 23    Year ▶ 90
USA    ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design
P.O. Box 56
Elberton, CA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT. 2 5 1990

ONE DEPOSIT RECEIVED
OCT. 2 5 1990

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

VA   432 746

| EXAMINED BY | JHA | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |
| ☐ DEPOSIT ACCOUNT FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.**  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

**b.**  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                      **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Joe Fernandez d/b/a
Design Mart
P.O. Box 56
Elberton, GA 30635

Area Code & Telephone Number ▶  (404) 283-6503

Be sure to give your daytime phone number.

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Joe Fernandez                                   date ▶  10-23-90

Handwritten signature (X) ▼  Joe Fernandez DBa Design Mart

**MAIL CERTIFICATE TO**

Name ▼
Joe Fernandez d/b/a Design Mart
Number/Street/Apartment Number ▼
P.O. Box 56
City/State/ZIP ▼
Elberton, GA 30635

**Certificate will be mailed in window envelope**

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1987—181—531/60,009                                              August 1987—60,000

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

## FORM VA
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

**VA 432 041**

VA          VAU

EFFECTIVE DATE OF REGISTRATION

**22 OCT 1990**

Month       Day       Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼

"ETERNAL LIFE" D-821-866

NATURE OF THIS WORK ▼ See instructions

Artwork

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the em-

**a** NAME OF AUTHOR ▼

Joe Fernandez d/b/a Design Mart

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Artwork

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
**1990** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ Approx. 9     Day ▶ 20     Year ▶ 1990
USA ◀ Nation

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O. Box 56
Elberton, GA 30635

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT. 10 1990 OCT. 22 1990

ONE DEPOSIT RECEIVED
OCT 22 1990

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions     • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ____ pages

| ☐ CORRESPONDENCE Yes | | FOR COPYRIGH OFFICE USE ONLY |
|---|---|---|
| ☐ DEPOSIT ACCOUNT FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

N/A

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Joe Fernandez d/b/a
Design Mart
P.O. Box 56
Elberton, GA 30635

Area Code & Telephone Number ▶   (404) 283-6503

Be sure to give your daytime phone ◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Eternal Life D-821 - 866                                    date ▶ 10-8-90

☞ Handwritten signature (X) ▼   *Joe Fernandez DBA Design Mart*

**8**

**MAIL CERTIFI-CATE TO**

Name ▼
Joe Fernandez d/b/a Design Mart

Number/Street/Apartment Number ▼
P.O. Box 56

City/State/ZIP ▼
Elberton, GA 30635

**Certificate will be mailed in window envelope**

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

\* 17 U.S.C. § 506(e)   Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in ...

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

DEC 13 1999

REGISTER OF COPYRIGHTS

OFFICIAL SEAL

# FORM VA
UNITED STATES COPYRIGHT OFFICE

REC



VA 979-818

EFFECTIVE DATE OF REGISTRATION

4   30   99

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**  **TITLE OF THIS WORK ▼**    "First Impressions" D7001-7155

**NATURE OF THIS WORK ▼** See instructions    Text & Artwork

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**  **NAME OF AUTHOR ▼**    Joe Fernandez d/b/a Design Mart

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

a

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ USA
{ Domiciled in ▶ _____ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a work made for hire is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c  **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**  a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.    1999 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.    Month ▶ Approx. 3 Day ▶ 1 Year ▶ 99    USA ◀ Nation

---

**4**  **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a Design Mart
P.O.Box 56
Elberton, GA 30635

APPLICATION RECEIVED
APR. 30 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR. 30 1999
REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions          • Sign the form at line 8

**DO NOT WRITE HERE**

Page 1 of 2 pages

CORRESPONDENCE
Yes

FC
COPYF
OFF
US
ON

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

REVIOUS REGISTRATION   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
] Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
] This is the first published edition of a work previously registered in unpublished form.
] This is the first application submitted by this author as copyright claimant.
] This is a changed version of the work, as shown by space 6 on this application.
your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

DERIVATIVE WORK OR COMPILATION   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

   Some artwork previously published

See ins
before
this spa

Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

   Additional artwork

DEPOSIT ACCOUNT   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

CORRESPONDENCE   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

   Joe Fernandez d/b/a Design Mart
   P.O.Box 56
   Elberton, GA 30635

Be sur
give y
daytin
◄ numb

Area Code & Telephone Number ►   706-283-6503

CERTIFICATION*   I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
] other copyright claimant
] owner of exclusive right(s)
] authorized agent of _____
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

f the work identified in this application and that the statements made
y me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Joe Fernandez                                        date ► 4-21-99

Handwritten signature (X) ▼   *Joe Fernandez DBA Design Mart*

MAIL
CERTIFI-
CATE TO

Name ▼
   Joe Fernandez d/b/a Design Mart
Number Street Apartment Number ▼
   P.O.Box 56
City State ZIP ▼
   Elberton, GA 30635

Certificate
will be
mailed in
window
envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

# FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA  (VA)  **354 927**  VAU

EFFECTIVE DATE OF REGISTRATION

April   04   88
Month      Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

GRANITE-BRONZE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Engraved granite illustration in booklet form

**PUBLICATION AS A CONTRIBUTION**   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**       **Number ▼**       **Issue Date ▼**       **On Pages ▼**

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

*(margin: 010073542)*

**a**
**NAME OF AUTHOR ▼**
Joe Fernandez d/b/a Design Mart

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____ USA _____
Domiciled in ▶ _____

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Artistic illustrations of engraved granite products in booklet form

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1987   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ appx. 1   Day ▶ 2   Year ▶ 87
USA   ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Joe Fernandez d/b/a
Design Mart
P. O. Box 56
Elberton, GA 30635

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
NOV 17 1916

ONE DEPOSIT RECEIVED
4 apr 88

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

*(vertical: DO NOT WRITE HERE OFFICE USE ONLY)*

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

VA __ 354 927

| EXAMINED BY | ʍ.d | FORM VA |
| CHECKED BY | | |

☒ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                           Account Number ▼

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

John B. Hardaway, III, Esq.
Bailey & Hardaway
125 Broadus Ave.
Greenville, SC 29601

Area Code & Telephone Number ▶  (803) 233-1338

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Joe Fernandez d/b/a Design Mart
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Granite-Bronze                                           date ▶ 11/14/88

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼  John B. Hardaway, III, Esq.
         Bailey & Hardaway

Number/Street/Apartment Number ▼
         125 Broadus Ave.

City/State/ZIP ▼
         Greenville, SC 29601

**Certificate
will be
mailed in
window
envelope**

Have you:
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**