# Exhibit 7

# SMITH | TEMPEL

SMITH TEMPEL BLAHA LLC

Matthew T. Hoots
*Direct* **706.621.5773**
mhoots@srtslaw.com

October 19, 2020

*Via FedEx and Email*
A. Matalucci & Son Memorial Artisans, LLC
905 Rt. 47
P.O. Box 234
South Dennis, NJ 08245
info@amatalucci.com

Re:   Unlicensed Use by A. Matalucci & Son Memorial Artisans, LLC ("Matalucci") of Copyrighted Works owned by Design Mart, LLC (the "Works" and "Design Mart")
Our File No. 04116.3010

Dear Professional:

Our firm represents Design Mart in its intellectual property concerns.  Design Mart is a leading provider in the monument industry of monument designs, monument artwork, laser and etch engraver software, and laser and etching hardware.  An overview of Design Mart's products, services and software solutions can be found at www.designmart.com.

Design Mart is the owner of numerous Copyrighted Works for their original monument designs and artwork.  A sample of federal copyright registrations for the Copyrighted Works is provided in Exhibit A to this letter.  Following is a list of Design Mart's Copyrighted Works that can be queried from the United States Copyright Office.  You may recognize many of the titles.

[ 1 ] VA0000354921 1988 – Design Mart Child art : memorials for youth "our most beloved possession."
[ 2 ] VA0000435317 1990 – Design Mart Closer walk : a memorial design presentation : ser. D947-996.
[ 3 ] VA0000354922 1988 – Design Mart Cremation : a memorial design presentation.
[ 4 ] VA0001817025 1996 – Design Mart D-Mart Disks III-Classic Components.
[ 5 ] VA0000391777 1990 – Design Mart D-mart : [no.] 1143-1156.
[ 6 ] VA0000669066 1994 – Design Mart Design Mart disks : vol. 1 : four disk set, 92 components for creating full-size details of virtually any D-Mart design.
[ 7 ] VA0000526422 1992 – Design Mart Design Mart monument designs : no. D1191-D1202.
[ 8 ] VA0000780441 1996 – Design Mart [Design Mart monumental design] : no. 1251-1263.
[ 9 ] VA0000352933 1988 – Design Mart [Design Mart monumental design : no.] D-Mart 1119-1131.

A. Matalucci & Son Memorial Artisans, LLC
October, 2020
Page 2

[ 10 ] VA0000650406 1994 – Design Mart [Design Mart monumental design] : no. D-mart 1218--D-mart 1231.
[ 11 ] VA0000568455 1993 – Design Mart Design Mart monumental design : no. D1203-D1217.
[ 12 ] VA0000701330 1995 – Design Mart Design Mart monumental design : no. D1232-D1250.
[ 13 ] VA0000814847 1996 – Design Mart [Design Mart monumental design] : no. D1264-D1270, D1273-D1277.
[ 14 ] VA0000850920 1998 – Design Mart Design Mart monumental design : no. D1278-1289.
[ 15 ] VA0000922532 1998 – Design Mart [Design Mart monumental design no. D1290-1305]
[ 16 ] VA0001033110 1999 – Design Mart [Design Mart monumental design] : no. D1306-D1317.
[ 17 ] VA0000463227 1991 – Design Mart [Design Mart monumental design : no.] D926-D938.
[ 18 ] VA0000463228 1991 – Design Mart [Design Mart monumental design : no.] D939-D946.
[ 19 ] VA0000366876 1989 – Design Mart Design Mart Monumental design : nos. 1132-1142.
[ 20 ] VA0000455523 1991 – Design Mart [Design Mart Monumental design nos. D1157-D1172]
[ 21 ] VA0000415859 1990 – Design Mart [Design Mart monumental design : nos. D867-D879]
[ 22 ] VA0000432745 1990 – Design Mart [Design Mart monumental design : nos. D880-D892]
[ 23 ] VA0000432746 1990 – Design Mart [Design Mart monumental design : nos. D893-D903]
[ 24 ] VA0000463442 1991 – Design Mart [Design Mart Monumental design nos. D915-D925]
[ 25 ] VA0000470768 1991 – Design Mart Design Mart monumental designs : no. D1157-D1171.
[ 26 ] VA0000457608 1991 – Design Mart Design Mart Monumental designs nos. D904-D914 in card form.
[ 27 ] VA0000475578 1991 – Design Mart Dmart : no. 1173-1190.
[ 28 ] VA0000432041 1990 – Design Mart. Eternal life : a memorial design presentation : ser. D821-866.
[ 29 ] VA0000979818 1999 – Design Mart First impressions : ser. D7001-7155.
[ 30 ] VA0000354929 1988 – Design Mart Forever in memory.
[ 31 ] VA0000354928 1988 – Design Mart Forever in memory : set of designs.
[ 32 ] VA0000354927 1988 – Design Mart Granite-bronze : a memorial design presentation.
[ 33 ] VA0000460199 1991 – Design Mart In remembrance memorial designs.
[ 34 ] VA0000699617 1995 – Design Mart Life everlasting : no. D136-D201.
[ 35 ] VA0000354923 1988 – Design Mart Memorial designs.
[ 36 ] VA0000742180 1995 – Design Mart Memories etched in stone : a memorial design presentation : ser. D80-D134.
[ 37 ] VA0000638641 1994 – Design Mart Memories etched in stone : no. 101-135.
[ 38 ] VA0001817022 2003 – Design Mart Monument Clip Art-Miscellaneous Artwork.
[ 39 ] VA0002000242 2015 – Design Mart Monument Clip Art-Miscellaneous Artwork 2.
[ 40 ] VA0000354930 1988 – Design Mart New designs : [no.] 1092-1118.
[ 41 ] VA0000414654 1990 – Design Mart Reflections of life : [no.] D648-D684.
[ 42 ] VA0000354924 1988 – Design Mart Shrine of memory.
[ 43 ] VA0000354920 1988 – Design Mart Thy victory thy promise : a memorial marker presentation.
[ 44 ] VA0000354926 1988 – Design Mart Tributes of love : a memorial design presentation :

A. Matalucci & Son Memorial Artisans, LLC
October, 2020
Page 3

series D97-1047.
[ 45 ] VA0000354925 1988 – Design Mart "While we live" select your personalized family memorial pre-need.
[ 46 ] VA0000402010 1989 – Design Mart Your pet : [no.] D8037P-D8086P, D1PM-D32PM.
[ 47 ] VA0001071840 2000 – Design Mart, LLC Design mart monumental design : no. D1318-1340.
[ 48 ] VA0001186306 2002 – Design Mart, LLC Journeys remembered : a memorial marker presentation : ser. D201-D276.
[ 49 ] VA0001150607 2001 – Design Mart, LLC Legacies in stone.
[ 50 ] VAu000981365 2009 – Design Mart, LLC Loving Memories D1465-D1529.
[ 51 ] VA0001216825 2003 – Design Mart, LLC Seasons cherished : a monument design presentation : ser. D1335-D1405.
[ 52 ] VA0001407032 2006 – Design Mart, LLC We remember.
[ 53 ] VA0001408395 2007 – Design Mart, LLC We remember : D1406-D1464.


As you can certainly appreciate, the designs and artwork that are the subjects of the Copyrighted Works are foundational offerings for Design Mart to the monument industry and, therefore, are an important factor in Design Mart's ongoing business concern.  As such, unlicensed use of the Copyrighted Works by monument manufacturers, memorial engravers, end of life service providers, and the like are infringements that cause a direct, and negative, impact to Design Mart's market share.  Moreover, unlicensed use of the Copyrighted Works undermines the value proposition to future Design Mart clients who may consider a license to the Copyrighted Works.

Design Mart has become aware of Matalucci's unlicensed and unauthorized use of the Copyrighted Works.  A review of the "Memorial Designs" pages published at your website, www.amatalucci.com, reveals, by our count, 466 copies of the Copyrighted Works (the "Website Copies," screenshots included in Exhibit B of this letter).  Notably, almost all of the Website Copies actually include Design Mart's copyright management information that served to put you on notice that the artwork is the exclusive property of Design Mart (see, for example, Exhibit C which is a screenshot of "The Edison" design published at http://www.amatalucci.com/memorial-designs.html and marked with "Dmart 952 ©")!

Additionally, the "Memorial Designs" pages of your website advertise that you create and offer to your clients derivatives of the Copyrighted Works – see, for example, the Exhibit B screenshots that include the following statement: "Any one of the designs below can be altered to fit your taste. Size, color, fonts, and design elements are easily changed by our designer."  To that end, any modifications of the Copyrighted Works you've made from time to time without a license from Design Mart to use the underlying Copyrighted Works may constitute derivative works that are themselves infringements of the Copyrighted Works (the "Derivative Copies").  And, each time you've engraved a monument or memorial with a Copyrighted Work or with a

A. Matalucci & Son Memorial Artisans, LLC
October, 2020
Page 4

derivation of a Copyrighted Work without a license from Design Mart to use the Copyrighted Work, both the executable code you used for the engraver/laser cutting machinery and the finished product itself constitute, in effect, unauthorized and infringing uses of Design Mart's intellectual property (the "Code Copies" and the "Engraved Product Copies").

In the past, Matalucci was a licensed user of the Copyrighted Works, having access to the Copyrighted Works via a subscription to Design Mart's Online Catalog & Designer product offerings.  It would appear that after you canceled your subscription this past March you have knowingly continued to use Design Mart's Copyrighted Works in an unauthorized manner in the form of Website Copies, Derivative Copies, Code Copies, and Engraved Product Copies.  In each instance of an unlicensed Copy, your action constitutes a copyright infringement in violation of United States copyright law 17 U.S.C. §501 et seq.  In many cases, the consequences of copyright infringement include section 504 statutory damages that range from $750 to $30,000 for *each* Copyrighted Work infringed.  If a court finds that the infringement was willful and intentional, damages can be upwards of $150,000 for each Copyrighted Work infringed. Additionally, federal copyright law would require you to disgorge all profits attributable to the infringements and to reimburse Design Mart for its attorneys' fees.  Clearly, the damages you could face for your unauthorized uses of the Copyrighted Works would be significant.

**Design Mart's Demands:**

Although your actions likely demonstrate willful infringement of the Copyrighted Works under U.S. copyright law, Design Mart suspects that Matalucci's ongoing use of the Copyrighted Works without a license was a misunderstanding on Matalucci's part and not meant or understood to cause economic harm to Design Mart.  If such is the case, Design Mart would prefer to resolve this matter amicably and in a way that enables Matalucci to avoid disruption of its own business.  To this end, Design Mart will consider this matter closed with Matalucci's:

1) Payment in an amount equal to a one year license fee for the 466 Copyrighted Works (466 @ $25/yr x 1 year = $11,650) as settlement for past unauthorized uses of the Copyrighted Works; and

2) Ceasing and desisting from any further distribution or use of the Copyrighted Works and/or derivatives to the same, such action to include, but not be necessarily limited to:

a) removing all Website Copies from www.amatalucci.com;

b) deleting or destroying all forms of the Copyrighted Works held by Matalucci including any brochures, online catalogs, and/or digital files stored on your servers or personal computers;

A. Matalucci & Son Memorial Artisans, LLC
October, 2020
Page 5

      c) deleting all software code ("Code Copies") used for engraving or laser cutting monuments or memorials with the Copyrighted Works and/or derivatives to same; and

      d) tendering to the undersigned a sworn statement itemizing the actions taken by Matalucci to comply with the foregoing demands and providing assurances that Matalucci will refrain from any further unauthorized use of the Copyrighted Works.

At Matalucci's election in lieu of taking the steps outlined in point 2 above, Design Mart will grant Matalucci an annually renewable license to continue using all 466 Copyrighted Works (466 @ $25/yr x 1 year = $11,650), such license to include an annual subscription to Design Mart's Online Catalog & Designer product.

Please provide the undersigned with a written confirmation no later than close of business on Tuesday, **November 3, 2020** that you will comply with the above demands. Contact information for the undersigned is provided in the above letterhead. Do not reach out directly to Design Mart.

Thank you for your prompt attention to this matter. If we do not receive a written confirmation from you by the above date, we will conclude that you have no desire to settle with Design Mart for your past infringing uses of the Copyrighted Works and may intend to continue unauthorized use of Design Mart's intellectual property. In such case, the terms offered above to amicably settle this matter shall be revoked and Design Mart shall exercise its right to seek in court any injunctive or monetary remedy justified in law or equity.

This letter does not constitute a complete statement of Design Mart's rights, claims, or remedies with respect to this matter, all of which are hereby expressly reserved in the absence of settlement.

With the very kindest regards,

Matthew T. Hoots

cc:    Mr. Mike Fernandez, President – Design Mart, LLC