# Exhibit 8

# SMITH | TEMPEL

SMITH TEMPEL BLAHA LLC

**Matthew T. Hoots**
*Direct* 706.621.5773
mhoots@srtslaw.com

December 1, 2020

*Via FedEx and Email*
A. Matalucci & Son Memorial Artisans, LLC
905 Rt. 47
P.O. Box 234
South Dennis, NJ 08245
info@amatalucci.com

    Re:   Unlicensed Use by A. Matalucci & Son Memorial Artisans, LLC ("Matalucci") of Copyrighted Works owned by Design Mart, LLC (the "Works" and "Design Mart") Our File No. 04116.3010

Dear Sir or Madam:

    As you are aware, this firm represents Design Mart with regard to Matalucci's unlicensed and unauthorized use of Design Mart's registered copyrighted works. We previously wrote to Matalucci via letter dated October 19, 2020 (the "10/19 letter"), in which we demanded that Matalucci cease and desist any and all unauthorized and unlicensed use of Design Mart's intellectual property. Matalucci failed to respond in any way to the 10/19 demand letter; nor have we heard from any attorney or insurer representing Matalucci.

    Design Mart hereby reiterates its demand that Matalucci cease and desist any and all unauthorized and unlicensed use of Design Mart's intellectual property and appropriately compensate Design Mart for all past damages arising from Matalucci's infringement in accordance with the 10/19 demand letter. You are further advised that Design Mart will refrain from filing suit against Matalucci for a period of thirty additional days, up through and including Thursday, December 31, 2020, so that Matalucci can retain legal counsel and advise its insurance carrier of this claim. Should Matalucci or its representative fail to contact us prior to December 31, Design Mart will file suit against Matalucci and will seek any and all available remedies and damages including, without limitation, statutory damages for each act of infringement committed by Matalucci, as well as punitive damages for willful infringement, and attorneys' fees and expenses as permitted by copyright law.

A. Matalucci & Son Memorial Artisans, LLC
December, 2020
Page 2


This is a very serious matter that could result in a significant judgment against Matalucci and demands your immediate attention. After you have contacted your insurance carrier, please forward us the name of the carrier and policy number. We look forward to hearing from you immediately.


Sincerely yours,

Matthew T. Hoots
Counsel for Design Mart, LLC


cc:     Mr. Mike Fernandez, President – Design Mart, LLC