IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **DESIGN MART LLC,** : | |
| : | |
| **Plaintiff,** : | |
| : | 3:21-CV-22 (CAR) |
| **v.** : | |
| : | |
| **A MATALUCCI & SON MEMORIAL** : | |
| **ARTISANS LLC,** : | |
| : | |
| **Defendant.** : | |
| : | |

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT**

Currently before the Court is Plaintiff Design Mart LLC's Motion for Default Judgment against Defendant A Matalucci & Son Memorial Artisans LLC. But Plaintiff's Motion is premature. Pursuant to Federal Rule of Civil Procedure 55, there is a two-step procedure for obtaining a default judgment. First, the Clerk must enter a party's default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise."[1] Second, after the Clerk has made an entry of default, the party must then file a motion under Rule 55(b)(1) or (2) for default judgment. Plaintiff has not applied for the Clerk's entry of default against Defendant, which is a prerequisite to the motion for default judgment.[2]

---

[1] Fed. R. Civ. P. 55(a).

[2] *See, e.g., Frazier v. Absolute Collection Serv., Inc.*, 767 F. Supp. 2d 1354, 1360 (N.D. Ga. 2011) ("the clerk's entry of default must precede an application for default judgment"); *Am. Deli Int'l, Inc. v. Jay & Young Grp., LLC*, 2014 WL 12098959, at *6 (N.D. Ga. Apr. 24, 2014) (dismissing plaintiff's motion for default

Because Plaintiff has not obtained entry of default by the Clerk of Court pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, its Motion for Default Judgment [Doc. 9] is premature and **DENIED WITHOUT PREJUDICE**. Plaintiff may re-file its Motion for Default Judgment after obtaining an entry of default.

**SO ORDERED,** this 16th day of November, 2021.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

judgment because plaintiffs "have not requested a clerk's entry of default pursuant to Rule 55(a), and no such default has been entered on the docket.").