IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| DESIGN MART, LLC, | * |
| Plaintiff, | * |
| v. | Case No. 3:21-cv-22-CAR |
| | * |
| A MATALUCCI & SON MEMORIAL ARTISANS, LLC, | * |
| Defendant. | * |

## DEFAULT JUDGMENT

Pursuant to this Court's Order dated May 16, 2022 and for the reasons stated therein, DEFAULT JUDGMENT is hereby entered against A MATALUCCI & SON MEMORIAL ARTISANS, LLC. Plaintiff, DESIGN MART, LLC, is awarded statutory damages the amount of $53,000.00, attorney's fees in the amount of $4,500.00 and costs in the amount of $435.84, for a total amount of $57,935.84. The amount shall accrue interest from the date of entry of judgment at the rate of 2.10% per annum until paid in full.

This 16th day of May, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk